IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM HOWARD                                                                       PLAINTIFF

vs.                                     NO: 3:09CV00042BSM

FELIX MARTINEZ, ET AL.                                                          DEFENDANTS

## ORDER

It appearing to the court this matter has settled, the same is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of June, 2009.


_____
UNITED STATES DISTRICT JUDGE